JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

TAO SUN,

Petitioner,

v.

JAMES JANECHA, et al.,

Respondents.

Case No. 5:26-cv-05993-KES

**JUDGMENT**

Pursuant to the Court's Order Granting the Petition and Ordering Petitioner's Release from Custody, IT IS ADJUDGED that Grounds 1 and 2 of the Petition are granted, and Ground 3 is dismissed as moot.

DATED: October 22, 2026

Karen E. Scott

KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE